**UNDER SEAL**

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

**CR20   0084   EMC**

Kelvin Chen,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography;
18 U.S.C. § 2253(a) – Criminal Forfeiture

---

A true bill.

_____ Foreman

Filed in open court this __20th__ day of

__February 2020__.

KAREN L. HOM
Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ __no bail arrestment__

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 2252(a)(4)(B) and (b)(2)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum: 20 years' imprisonment. Minimum term of supervised release: five years; maximum term of supervised release: life. Maximum fine: $250,000. Special assessment: $5,100. Forfeiture.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
FEB 20 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

▶ Kelvin Chen

DISTRICT COURT NUMBER

CR20   0084   EMC

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
DHS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   David L. Anderson
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Abraham Fine

☒ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                    Before Judge:

Comments:

**UNDERSEAL**

FILED

FEB 20 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,        ) CASE NO. **CR20    0084** EMC
                                      )
12 |     Plaintiff,                   ) VIOLATIONS:
                                      ) 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession
13 |   v.                             ) of Child Pornography;
                                      ) 18 U.S.C. § 2253(a) – Criminal Forfeiture
14 | KELVIN CHEN,                     )
                                      )
15 |     Defendant.                   ) **[UNDER SEAL]**
                                      )
16                                    )
                                      )
17                                    )
                                      )
18

19                      I N D I C T M E N T

20  The Grand Jury charges:

21  COUNT ONE:       (18 U.S.C. § 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography)

22       Between on or about June 12, 2018 and August 1, 2019, in the Northern District of California,

23  the defendant,

24                           KELVIN CHEN,

25  did knowingly possess matter which contained at least one visual depiction that had been shipped and

26  transported using a means and facility of interstate and foreign commerce, and had been shipped and

27  transported in and affecting interstate and foreign commerce, and that was produced using materials that

28  had been mailed, shipped, and transported using any means and facility of interstate and foreign

INDICTMENT

commerce, including by computer, the production of which visual depiction involved the use of a minor who had not attained 12 years of age engaging in sexually explicit conduct, which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

<u>FORFEITURE ALLEGATION:</u>     (18 U.S.C. § 2253)

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Upon conviction of any offense charged in Count One, the defendant,

KELVIN CHEN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), the following:

    a. any visual depiction described in Title 18, United States Code, Sections 2251 or 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

    c. any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to, the following items seized from the defendant and his residence on or about August 1, 2019:

    a. An Apple iMac computer;

    b. A custom PC computer;

    c. A thumbdrive.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

INDICTMENT                              2

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

  All pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED:                 A TRUE BILL.

2/20/2020

                         FOREPERSON

DAVID L. ANDERSON
United States Attorney

ABRAHAM FINE
Assistant United States Attorney

INDICTMENT               3



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

FEB 20 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

*Instructions:* Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**CASE NAME:** USA v. Kelvin Chen

**CASE NUMBER:** CR 20 0084 EMC

**Is This Case Under Seal?** Yes ✓   No

**Total Number of Defendants:** 1 ✓   2-7   8 or more

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** Yes   No ✓

**Venue (Per Crim. L.R. 18-1):** SF ✓   OAK   SJ

**Is this a potential high-cost case?** Yes   No ✓

**Is any defendant charged with a death-penalty-eligible crime?** Yes   No ✓

**Is this a RICO Act gang case?** Yes   No ✓

**Assigned AUSA (Lead Attorney):** Abraham Fine

**Date Submitted:** 2/20/2020

**Comments:**

3:20 - cr - 00084 EMC

RESET FORM   SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)