DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ALEXIS JAMES (NYBN 5603865)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102-3495
    Telephone: (415) 436-6758
    Fax: (415) 436-7234
    Alexis.James@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No. CR 20CR0084 EMC |
| Plaintiff, | **NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY** |
| v. | |
| KELVIN CHEN, | |
| Defendant. | |

    The United States Attorney's Office hereby files this Notice of Appearance to advise the Court that Assistant United States Attorney Alexis James appears for the United States in this case.  Please add her to the list of counsel appearing for the United States and please add her to the list of persons to be noticed.

DATED:      October 13, 2020            Respectfully submitted,

                                        DAVID L. ANDERSON
                                        United States Attorney

                                        _/s/Alexis James_____
                                        Alexis James
                                        Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28