UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** January 6, 2021   **Time:** 3:45-4:15= 30 Minutes   **Judge:** EDWARD M. CHEN

**Case No.**: 20-cr-00084-EMC-1   **Case Name:** USA v. Kelvin Chen

**Attorney for Government:** Alexis James
**Attorney for Defendant:** Severa Keith
**Defendant:** [X] Present by videoconference   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Angella Meuleman   **Court Reporter:** Belle Ball
**Interpreter:**   **Probation Officer:** Karen Mar

### PROCEEDINGS HELD BY ZOOM WEBINAR

Status Conference re: Sentencing – held.

### SUMMARY

Parties stated appearances.  Defense counsel confirmed defendant's waiver of live appearance and consent to appear by videoconference.

No objections to PSR.  Offense level: 24; Category: I; Guideline range: 51-63 months.

Defendant addressed the Court.

Court directed the parties to gather more information as follows: 1) if custodial time is determined, parties are to research whether or not defendant is qualified for minimum security camp as opposed to low security facility and; 2) availability of community corrections/halfway house.

**CASE CONTINUED TO: January 20, 2021 at 2:30PM for Sentencing**