UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** January 21, 2021  **Time:** 3:00-3:21= 21 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 20-cr-00084-EMC-1   **Case Name:** USA v. Kelvin Chen

**Attorney for Government:** Alexis James
**Attorney for Defendant:** Severa Keith
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X] Not in Custody

**Deputy Clerk:** Angella Meuleman
**Interpreter:**

**Court Reporter:** Marla Knox
**Probation Officer:** Karen Mar

### PROCEEDINGS HELD BY ZOOM WEBINAR

Sentencing – Held.

### SUMMARY

Parties stated appearances. Defense counsel confirmed defendant's consent to appear by videoconference and waived live appearance. Court received supplemental information following the prior hearing regarding the availability of a minimum security camp and eligibility for halfway house placement. The Court considered and discussed the 3553(a) factors.

Defendant is sentenced to a non-custodial term of 5 years probation with 6 months placement into a halfway house subject to home confinement with electronic monitoring for 180 days thereafter. A special assessment fee of $100.00 and JVTA special assessment fee of $5000.00 are imposed. Fine: $2,000.00. See Judgment for special conditions.

The defendant's interest in the following property shall be forfeited to the United States: (a) One (1) Apple iMac, Model A1418, S/N C02KH0GLDNCR, seized by the government on August 1, 2019; (b) One (1) Scan Disk Cruzer 32 GB Thumb Drive, seized by the government on August 1, 2019; and (c) One (1) Thermaltake Custom Computer Tower, seized by the government on August 1, 2019.